EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney

> Social Security Administration
> 160 Spear St., Suite 800
> San Francisco, CA  94105
> Telephone:  (415) 977-8946
> Facsimile:  (415) 744-0134
> Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| BRENDA LOUISE MONROE, | ) |
| | ) Case No.: 5:16-CV-01455-JEM |
| Plaintiff, | ) |
| | ) |
| vs. | ) **JUDGMENT OF REMAND** |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

-1-

1    The Court having approved the parties' Stipulation to Voluntary Remand

2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3 ("Stipulation to Remand") lodged concurrent with the lodging of the within

4 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

5 **DECREED** that the above-captioned action is remanded to the Commissioner of

6 Social Security for further proceedings consistent with the Stipulation to Remand.

7

8

9 DATED:  February 22, 2017

10 HON. JOHN E. MCDERMOTT
   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28